1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL RAY LOYD,                          Case No.: 1:18-cv-01589 JLT (HC)

12              Petitioner,                     ORDER TRANSFERRING CASE TO THE
                                                UNITED STATES DISTRICT COURT FOR
13        v.                                    THE NORTHERN DISTRICT OF
                                                CALIFORNIA
14   WARDEN SPEARMEN,

15              Respondent.

16

17        The federal venue statute requires that a civil action, other than one based on diversity

18   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

19   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

20   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

21   is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in

22   which the action may otherwise be brought." 28 U.S.C. § 1391(b).

23        In this case, the petitioner is challenging a conviction from Lake County, which is in the

24   Northern District of California.  Therefore, the petition should have been filed in the United States

25   District Court for the Northern District of California.  In the interest of justice, a federal court may

26   transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes

27   v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

28        Accordingly, the Court **ORDERS** that this matter is transferred to the United States District

1

Court for the Northern District of California.

IT IS SO ORDERED.

    Dated:   __**November 27, 2018**__              _____**/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE