UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY LOYD,<br><br>    Petitioner,<br><br>v.<br><br>SPEARMEN,<br><br>    Respondent. | Case No. 18-cv-07228-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR AN EXTENSION OF TIME**<br><br>Re: Dkt. No. 13 |

    Petitioner, a California inmate at High Desert State Prison, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed a motion to dismiss the petition for failure to exhaust state remedies. Dkt. No. 12. Currently, Petitioner's opposition is due on April 26, 2019. Petitioner seeks a 120-day extension of time to file his opposition to the motion to dismiss. Dkt. No. 13. Petitioner's request is GRANTED IN PART AND DENIED IN PART. Petitioner shall file his opposition **by June 28, 2019**, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

    This order terminates Dkt. No. 13.

    **IT IS SO ORDERED.**

Dated: 4/12/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge