UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY LOYD,<br><br>    Petitioner,<br><br>        v.<br><br>SPEARMEN,<br><br>    Respondent. | Case No. 18-cv-07228-HSG<br><br>**ORDER DENYING REQUEST FOR ADVICE**<br><br>Re: Dkt. No. 29 |

Petitioner has filed a motion to inform the Court that, as of October 12, 2020, Respondent had not filed an answer in accordance with the Court's briefing schedule. Dkt. No. 29. Petitioner requests that the Court advise him as to how to proceed and take note of his diligence in pursuing his habeas petition. Dkt. No. 29. Petitioner's request for advice is DENIED. Petitioner is incorrect. Respondent timely filed an answer on October 5, 2020, Dkt. Nos. 25-27, and served the answer on Petitioner that same day, either by postage prepaid First-Class Mail or by a third party commercial carrier for delivery within three calendar days. Dkt. No. 25 at 4. It is premature to conclude that Respondent has failed to serve Petitioner with the answer. Only four business days passed between when Respondent served Petitioner and when Petitioner prepared this motion. In the event that Petitioner has not received the answer by November 5, 2020, he may so inform the Court. In addition, the Court cannot advise parties how to litigate their cases.

This order terminates Dkt. No. 29.

**IT IS SO ORDERED.**

Dated: 10/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge