1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    DANIEL RAY LOYD,                           Case No. 18-cv-07228-HSG

8                  Petitioner,                  **ORDER DENYING AS MOOT**
                                                **REQUEST TO WITHDRAW SECOND**
9         v.                                    **AMENDED PETITION; GRANTING**
                                                **REQUEST FOR DOCKET SHEET**
10   NEIL MCDOWELL,
                                                Re: Dkt. Nos. 37, 38
11                 Respondent.

12

13        Petitioner filed the above-titled *pro se* petition for a writ of habeas corpus pursuant to 28

14   U.S.C. § 2254, challenging the validity of a judgment obtained against him in state court.  This order

15   addresses Petitioner's recently filed motions.

16        Petitioner has filed a motion seeking to withdraw the second amended petition filed in C No.

17   20-cv-7659 HSG, and to proceed on the original petition filed in this action.  Dkt. No. 37.  This motion

18   is DENIED as moot.  Per the Court's November 27, 2020 order (Dkt. No. 36), the operative petition in

19   this action is Dkt. No. 1.[1]  In that same order, the Court denied Petitioner leave to docket the petition

20   originally filed in C No. 20-cv-7659 HSG and docketed in this action at Dkt. No. 33.  Accordingly,

21   there is no need to withdraw the petition docketed at Dkt. No. 33.  Dkt. No. 1 remains the operative

22

23   _____

24   [1] Petitioner incorrectly states that the Court found that the operative petition states twelve
     cognizable claims for relief.  Dkt. No. 37 at 1.  The petition states six cognizable claims for relief:
25   (1) the trial court erred by failing to correctly instruct the jury on the causation required for felony-
     murder and for failing to instruct the jury that if the felony-murder rule did not apply, the murder
26   charge was governed by the provocative act murder rule; (2) the trial court erred by failing to
     instruct the jury on lesser-included offenses; (3) the trial court erred in failing to read to the jury
27   defense counsel's closing argument regarding proximate cause as requested by the jury; (4) the
     trial court erred by admitting petitioner's custodial statement made after he invoked his right to
28   counsel; (5) trial counsel rendered ineffective assistance on multiple grounds; and (6) trial
     counsel's errors resulted in cumulative error.  Dkt. No. 10.  There are multiple subclaims within
     Claim No. 5 (ineffective assistance of counsel).  Dkt. No. 1.

United States District Court
Northern District of California

petition.

Petitioner has filed a motion requesting a copy of the docket.  Dkt. No. 38.  The Court GRANTS this motion and will send Plaintiff a courtesy copy of the docket under separate cover.

This order terminates Dkt. Nos. 37 and 38.

**IT IS SO ORDERED.**

Dated:  1/4/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge