# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY LOYD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NEIL MCDOWELL, Warden,<br><br>　　　　Respondent. | Case No. 18-cv-07228-HSG (PR)<br><br>**JUDGMENT** |

The instant petition for writ of habeas corpus has been denied on the merits.

Judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: 6/3/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge