UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY LOYD,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL,<br><br>    Respondent. | Case No. 18-cv-07228-HSG<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY; DENYING REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. Nos. 42, 43 |

Petitioner Daniel Ray Loyd filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his state court conviction. Dkt. No. 1. On June 3, 2021, after carefully considering the merits of the petition, the Court denied the writ of habeas corpus and a certificate of appealability, and entered judgment in favor of Respondent. Dkt. Nos. 40, 41. Petitioner has filed an application for a certificate of appealability, Dkt. No. 42, and a request to proceed *in forma pauperis* on appeal, Dkt. No. 43. The application for a certificate of appealability is DENIED for the reasons set forth in the Court's June 3, 2021 order denying the petition for a writ of habeas corpus and denying a certificate of appealability. Based upon the Court's denial of the petition for a writ of habeas corpus and of a certificate of appealability, the Court concludes that Petitioner is not entitled to proceed *in forma pauperis*. The Court DENIES Petitioner's request to proceed *in forma pauperis* on appeal. Petitioner may renew his requests with the Court of Appeals. The Clerk shall terminate all pending motions and transmit the file, including a copy of this order, to the Court of Appeals. *See* Fed. R. App. 22(b).

//

//

//

This order terminates Dkt. Nos. 42 and 43.  This case remains closed.

**IT IS SO ORDERED.**

Dated: 7/27/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge